# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

_____

DONNIE RAY SHANNON,                              Civil No. 11-3262 (JRT/FLN)

                          Plaintiff,

v.                                               **ORDER ADOPTING REPORT
                                                   AND RECOMMENDATION**

TOM ROY AND JEFF PETERSON,

                          Defendants.

_____

Donnie Ray Shannon, #198924, 7525 4th Avenue, Lino Lakes, MN 55014, pro se plaintiff.

Angela Behrens, **OFFICE OF THE MINNESOTA ATTORNEY GENERAL,** 445 Minnesota Street, Suite 900, St. Paul, MN 55101, for defendants.


The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin L. Noel, dated April 19, 2012 [Docket No. 35].  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's motion for temporary restraining order and preliminary injunction [Docket No. 4] is **DENIED.**


Dated: May 11, 2012
at Minneapolis, Minnesota                   _____s/John R. Tunheim_____
                                                 JOHN R. TUNHEIM
                                            United States District Judge